FILED
CLERK, U.S. DISTRICT COURT

Nov 13, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Derald Turner,<br><br>    Plaintiff<br><br>vs.<br><br>Dr Pepper Snapple Group, Inc.,<br><br>    Defendant. | CASE NO.: 2:15-cv-05021-SVW-AS<br><br>JUDGMENT |

Judgment is entered for defendant and against plaintiff, pursuant to the Court's order dated November 12, 2015.

DATE: November 13, 2015

_____
STEPHEN V. WILSON, U.S. DISTRICT JUDGE